# FILED
## UNDER
# SEAL

DAYLE ELIESON
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar 13733
JOHN MULCAHY
SARAH KIEWLICZ
Trial Attorneys
501 Las Vegas Blvd South, Suite 1100
Las Vegas, Nevada 89101
P (702) 388-6336/F (702) 388-5087
kathryn.newman@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00127-RFB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING OF DEFENDANT ANDREW HANZELIC** |
| vs. | |
| ANDREW HANZELIC, | (Filed Under Seal) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Dayle Elieson, United States Attorney for the District of Nevada, and Kathryn Newman, Assistant United States Attorney, John Mulcahy and Sarah Kiewlicz, Trial Attorneys, Department of Justice, Tax Division, and Rene Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Defendant Andrew Hanzelic, that the sentencing date in the above-captioned matter, currently scheduled for June 21, 2018, at 2:00 p.m., be vacated and continued for a date and time no sooner

1

than a month after the trial commences in the matter of *United States v. Terry Williamson*, 2:15-cr-00127-MMD-VCF.

For the reasons set forth below, the parties respectfully request that this Stipulation and any Order thereon remain **SEALED**.

This stipulation is entered into for the following reasons:

1. Defendant Andrew Hanzelic is not in custody. He is actively cooperating with the FBI in ongoing investigations unrelated to this case. He is also cooperating in the matter of *United States v. Terry Williamson*, 2:15-cr-00127-MMD-VCF, and is expected to testify at trial on behalf of the Government. Based on the defendant's cooperation, the Government requests that this pleading and any order on the stipulation remained sealed.

2. Trial in this case was scheduled to begin on May 15, 2018. ECF 443. On April 30, 2018, the Court vacated the trial date of May 15, 2018 and set a new trial date of August 15, 2018. ECF 455.

3. The trial is expected to last one to two weeks. The Government and defendant Andrew Hanzelic are requesting that a sentencing date be set no sooner than one month after the trial commences to allow the Government to consider his cooperation, including his testimony at trial, when it considers any sentencing recommendation in accordance with U.S.S.G. § 5K1.1.

4. Defendant Hanzelic requests the continuance so that he may fully receive any potential benefits from his cooperation with the Government.

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the sentencing of Defendant Andrew Hanzelic, currently set for June 21, 2018, at 2:00 p,m,, be vacated and continued

to a date no sooner than a month after the trial date in this case, and that this motion and the Court's order thereon be filed under seal.

Respectfully submitted,

DAYLE ELIESON
Acting United States Attorney

Date: May 9, 2018

/s/ *Kathryn Newman*
KATHRYN NEWMAN
Assistant United States Attorney
SARAH KIEWLICZ
JOHN MULCAHY
Trial Attorneys, Department of Justice

Date: May10, 2018

/ s/ *Shari Kaufman for*
AFPD Brian Pugh
Counsel for Defendant Andrew Hanzelic

## **ORDER**

IT IS HEREBY ORDERED that the sentencing for Defendant Andrew Hanzelic in the above-captioned case currently set for June 21, 2018, at 2:00 p.m., be vacated and continued to Thursday, September 6, 2018 at 2:00 PM.

RICHARD F. BOULWARE, II
United States District Judge