NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
SARAH KIEWLICZ
Trial Attorney, Department of Justice
501 Las Vegas Blvd. South
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418
Sarah.kiewlicz@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW HANZELIC,<br><br>Defendant. | Case No. 2:15-cr-00127-RFB<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Sarah Kiewlicz, Trial Attorney, Department of Justice, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Andrew Hanzelic, that the sentencing hearing currently scheduled on November 7, 2019 at 2:00pm, be vacated and continued to a date and time convenient to the Court, but no sooner than 180 days.

This stipulation is entered into for the following reasons:

1. Government counsel has a trial scheduled to begin on November 12, 2019 in the District of Colorado and will be unavailable to fly to the District of Nevada to appear at the

sentencing as it is currently scheduled. There is not another government attorney assigned to the case that could appear on behalf of the government.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

This is the fourth request for a continuance filed herein.

DATED this 25th day of October, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Sarah Kiewlicz*<br>By_____<br>SARAH KIEWLICZ<br>Department of Justice Tax Division |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00127-RFB |
| v. | **ORDER** |
| ANDREW HANZELIC, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on November 7, 2019 at the hour of 2:00 p.m., be vacated and continued to May 7, 2020 at the hour of 2:00 p.m.

DATED this 4th day of November, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE