RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Andrew Hanzelic

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:15-cr-127-RFB |
| Plaintiff, | |
| vs. | **EMERGENCY STIPULATION TO MODIFY CONDITIONS OF RELEASE (EXPEDITED TREATMENT REQUESTED)** |
| ANDREW HANZELIC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Sarah Kiewlicz, Trial Attorney, Department of Justice, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Andrew Hanzelic, that Mr. Hanzelic's pretrial release travel condition be amended to allow Mr. Hanzelic to travel to the State of Washington.

This stipulation is entered into for the following reasons:

1. Mr. Hanzelic's father-in-law was recently diagnosed with stage four cancer.

2. Mr. Hanzelic requests that he permitted to travel with his wife to Washington to visit his father-in-law. Mr. Hanzelic and his wife have saved money and made arrangements to travel to Washington to visit his father-in-law.

3. Mr. Hanzelic has been on pretrial supervision for three and a half years and has performed well. He has had no violations.

4. Mr. Hanzelic's pretrial services officer has no objection to modifying Mr. Hanzelic's conditions of release to permit travel to the State of Washington.

5. The parties agree to this modification.

Dated this 12th day of December 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brian Pugh*_____<br>BRIAN PUGH<br>Assistant Federal Public Defender<br>Counsel for Defendant | By */s/ Sarah Kiewlicz*_____<br>SARAH KIEWLICZ<br>Department of Justice Tax Division |

ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: __December 12, 2019__