RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Andrew Hanzelic

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW HANZELIC,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00127-RFB<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Sarah Kiewlicz, Trial Attorney, Department of Justice, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Andrew Hanzelic, that the Sentencing Hearing currently scheduled on May 7, 2020 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　This Stipulation is entered into for the following reasons:

1.　In light of the COVID-19 pandemic, Temporary General Order 2020-05 has temporarily barred in-person change of plea and sentencing hearings in criminal cases. Change

of plea and sentencing hearings can be conducted with the defendant's consent to appear via video. Mr. Hanzelic does not waive his personal appearance at his sentencing hearing.

2. Mr. Hanzelic and counsel are attempting to adhere to recommended social distancing practices, including teleworking and minimizing personal interactions to those that are absolutely necessary. The COVID-19 pandemic and associated social distancing recommendations make it difficult for Mr. Hanzelic and counsel to prepare for sentencing. Based upon age (60), counsel falls into an at-risk category. For these reasons, hearing preparation is difficult.

3. Counsel for the government is based in Washington, DC and has been barred from travel unless absolutely necessary. Thus, counsel for the government cannot personally attend sentencing.

4. The parties agree to the continuance.

This is the fifth request for continuance filed herein.

DATED this 6th day of April 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Sarah Kiewlicz*<br>By_____<br>SARAH KIEWLICZ<br>Department of Justice Tax Division |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00127-RFB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ANDREW HANZELIC, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on May 7, 2020 at the hour of 2:00 p.m., be vacated and continued to  August 20, 2020  at the hour of  11:00  a .m.

DATED this 28th day of April, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3